No. 571. JUNOD *v.* SMITH, WARDEN. January 8, 1934. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. E. L. Junod, pro se.* No appearance for respondent.

No. 593. CHEVES ET AL. *v.* WHITEHEAD, U.S. GAME PROTECTOR. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. W. Johnson* for petitioners. *Solicitor General Biggs* and *Messrs. Paul A. Sweeney, A. G. Iverson,* and *W. Marvin Smith* for respondent.

No. 596. STATE CONSOLIDATED OIL CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas R. Dempsey* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John G. Remey* for respondent.

No. 599. CHILDREN'S HOME SOCIETY OF WEST VIRGINIA *v.* SWAN, RECEIVER, ET AL. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Arthur S. Dayton* for petitioner. No appearance for respondents.

No. 603. STANDARD DREDGING CO. ET AL. *v.* KRISTIANSEN. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward Ash* for petitioners. *Mr. William F. Purdy* for respondent.